

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00544-CV

In re Estate of J.B. Wells Jr., Deceased

On Appeal from the
County Court of Gonzales County, Texas
Trial Court Cause No. OTH17-9886

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are taxed against the party incurring same.

We further order this decision certified below for observance.

July 22, 2021